**Order entered March 4, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01537-CV

## IN RE JOSEPH WAYNE HUNTER, Relator

## Original Proceeding from the 265th Judicial District Court
## Dallas County, Texas
## Trial Court Cause No. F13-56295-R

## ORDER

Before Justices Schenck, Reichek, and Evans

Based on the Court's opinion of this date, we **DENY** relator's December 13, 2019 petition for writ of mandamus.

/s/    AMANDA L. REICHEK
        JUSTICE